UNITED STATES of America, Plaintiff–Appellee

v.

Sotero RAMIREZ–BALLEJO, Defendant–Appellant.

No. 14–40450
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

July 7, 2015.

Carmen Castillo Mitchell, Assistant U.S. Attorney, Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Timothy William Crooks, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before REAVLEY, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Sotero Ramirez–Ballejo appeals the 42–month prison term imposed following his guilty plea conviction for illegal reentry. For the first time on appeal, he contends

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

that the district court committed reversible plain error by imposing the 16–level enhancement of U.S.S.G. § 2L1.2(b)(1)(A)(i), based on his prior Texas conviction for possessing methamphetamine with intent to deliver, when the Texas statute of conviction could encompass administering a controlled substance and giving away a controlled substance for no remuneration.

These arguments are foreclosed by our recent holdings in *United States v. Martinez–Lugo*, 782 F.3d 198, 204–05 (5th Cir. 2015), and *United States v. Teran–Salas*, 767 F.3d 453, 458–62 (5th Cir.2014), *cert. denied*, —— U.S. ——, 135 S.Ct. 1892, —— L.Ed.2d —— (2015). Accordingly, Ramirez–Ballejo has shown no clear or obvious error with regard to his sentence. *See Puckett v. United States*, 556 U.S. 129, 135, 129 S.Ct. 1423, 173 L.Ed.2d 266 (2009).

AFFIRMED.